**United States Bankruptcy Court**
**Eastern District of Arkansas**

In re    Global Foods Group, Inc.

Debtor(s)

Case No.   4:21-bk-10758

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Global Foods Group, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

Date: 4/2/21

Charles T. Coleman
Signature of Attorney or Litigant
Counsel for   Global Foods Group, Inc.
Wright, Lindsey & Jennings LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR 72201-3615
501-371-0808 Fax:501-376-9442