**PROPOSED NOTICE OF DEADLINE FOR FILING
PROOFS OF CLAIM AND INTEREST**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| In re:<br><br>GLOBAL FOODS GROUP, INC.<br><br>Debtor. | Chapter 11, Subchapter V<br><br>Case No. 4:21-bk-10758 |

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM AND INTEREST,
INCLUDING CLAIMS PURSUANT TO 11 U.S.C. § 503(b)(9)**

1. <u>General Claims Bar Date</u>.  If you assert a claim against or interest in the Debtor, to preserve your right to be treated as a creditor or interest holder with respect to such claim or interest, for the purposes of voting and distribution, you must file a Proof of Claim or Interest on or before **June 18, 2021** (the "General Bar Date") in the following circumstances:

(i) If your claim or interest has not been listed in the Debtor's bankruptcy schedules ("Schedules");

(ii) If you disagree with the amount of the claim or interest set forth in the Schedules;

(iii) If Debtor scheduled your claim as disputed, contingent and/or unliquidated;

(iv) To preserve an unsecured deficiency claim if such claim is not scheduled or is scheduled as disputed, contingent, and/or unliquidated; and

(v) If you believe your claim is entitled to priority under the Bankruptcy Code, and Debtor did not so schedule your claim.

**EXHIBIT 2**

2291360-v1

Any Proof of Claim or Interest timely filed by a creditor or interest holder will supersede any scheduled claim or interest.  Any Proofs of Claim must be actually filed by the General Bar Date.

2. <u>Claims Filed After Amended Schedules Are Filed.</u>  If Debtor amends the Schedules and the amendment reduces the liquidated amount of a scheduled claim or reclassifies as scheduled undisputed, liquidated, and non-contingent claim to a disputed, unliquidated, and/or contingent claim, then the claimant affected by such amendment shall be permitted to file proof of such claim only on or before the later of (i) the General Bar Date and (ii) 30 days after mailing of notice of such amendment to such claimant with a copy of this Notice, but only to the extent such proof of claim, if filed after the General Bar Date, does not exceed the amount scheduled for such claim prior to such amendment.  This extended claims bar date does not apply if an amendment to the Schedules increases the claim deem filed under 11 U.S.C. § 1111(a) or if the creditor previously filed a proof of claim before the General Bar Date.

3. <u>Consequences of Failing to File a Proof of Claim or Interest Timely.</u>  If you are required but fail to timely file a Proof of Claim or Interest, and your claim or interest is not scheduled, is scheduled for $0.00, or is scheduled as disputed, contingent, or unliquidated in the Schedules, with very limited exceptions:  (a) your claim or interest will be barred, and you will not participate in the Debtor's estate or receiver any distribution under any plan or plans of reorganized filed in this chapter 11 case; (b) you shall be forever barred from voting with respect to any such plan or plans of reorganization; and (c) you shall be bound by the terms of any such plan or plans of reorganization, if confirmed by the Court.

4. <u>Previously Filed Claims.</u>  Creditors who have already filed proofs of claim or interest do **not** need to file them again.

2291360-v1

5. <u>Calculation of Time.</u> If any deadline falls on a weekend or legal holiday, the deadline shall be the next business day.

6. <u>Claims Pursuant to 11 U.S.C. § 503(b)(9).</u> Creditors who have a claim entitled to administrative expense priority pursuant to 11 U.S.C. § 503(b)(9) for the value of goods delivered to the Debtor within 20 days before the date of the filing of the bankruptcy petition on March 20, 2021, are authorized and required include the request for approval of such claim on the proof of claim form and file it by the General Bar Date of June 18, 2021.

Respectfully submitted:

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: ccoleman@wlj.com; jfair@wlj.com

By: _____
Charles T. Coleman (80030)
Jacob P. Fair (2015167)

*Attorneys for Global Foods Group, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April ___, 2021, a copy of this notice was served (i) on all interested parties listed on the creditor mailing matrix maintained for the debtor; (ii) on any other party that has requested to receive notice; and (iii) by CM/ECF electric notification.

_____
Jacob P. Fair

2291360-v1