# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

In re:

GLOBAL FOODS GROUP, INC.

Debtor.

Chapter 11, Subchapter V

Case No. 4:21-bk-10758

## ORDER CONFIRMING CHAPTER 11 SMALL BUSINESS SUBCHAPTER V PLAN

On August 18, 2021, a hearing was held on confirmation of the Chapter 11 Small Business Subchapter V Plan and Combined Disclosure Statement (the "Plan") of Global Food Group, Inc. ("Global" or "Debtor") filed on June 18, 2021 [Doc No. 93] and the Objection to Confirmation of the Plan (the "Objection") filed on July 28, 2021 by Mattfield Farms, Inc. f/k/a Metro Foods Inc. ("Mattfield").

Charles T. Coleman and Jacob P. Fair of Wright, Lindsey & Jennings LLP appeared for Debtor, Samuel T. Waddell of Waddell, Cole & Jones, PLLC appeared on behalf of Mattfield, Patricia J. Stanley appeared on behalf of the U.S. Trustee's office, and Don Brady appeared as the Subchapter V Trustee. At the hearing, counsel for Debtor proposed the following two oral amendments to the Plan:

- Global shall have the option to cure the missed monthly payment owed to Arkansas Development Finance Authority, a secured creditor, on or before October 1, 2021, by making the payment from cash flows of Debtor or through the payment being made by a guarantor on the debt. In the event the payments are

made by the guarantors, Global shall be obligated to the guarantor on a post-petition basis.

- Global, in its sole and absolute discretion and business judgment, shall have the right to prepay the payments to class 6 creditors, in whole or part, without penalty or discount.

Upon consideration of the Plan, the Objection, the testimony of Robbie Brown, the president and chief executive officer of Debtor, and Tim Bunch, the Debtor's retained certified public accountant, other evidence and proof, the Court being fully advised and for the reasons stated into the record during the telephonic hearing on August 20, 2021 [Doc No. 114], which are incorporated herein by reference, the Court finds and orders that the Objection is overruled and Debtor has established its burden of proof for all of the required elements of 11 U.S.C. § 1129 and 1191. The Plan, as orally amended at the hearing, satisfies all of the applicable requirements of 11 U.S.C. § 1129(a), and the Plan, as orally amended at the hearing, is hereby confirmed as a non-consensual plan pursuant to 11 U.S.C. § 1191(b). Debtor hereby agrees that it will provide periodic reporting to the Subchapter V Trustee, in a form agreed to by Debtor and the Subchapter V Trustee.

IT IS SO ORDERED.

Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 08/30/2021

PREPARED BY:

Charles T. Coleman (80030)
Jacob P. Fair (2015167)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: ccoleman@wlj.com; jfair@wlj.com

*Attorneys for Debtor*


APPROVED AS TO FORM:

Patricia J. Stanley
Assistant U.S. Trustee
Office of the U.S. Trustee
200 West Capitol, Suite 1200
Little Rock, Arkansas 72201
(501) 324-7357
patti.j.stanley@usdoj.gov


By: /s/ Patricia J. Stanley
      Patricia J. Stanley

      *Assistant U.S. Trustee*

Don A. Brady
Brady & Conner, LLC
3398 E. Huntsville Rd.
Fayetteville, Arkansas 72701
(479) 443-8080
aadrbk@gmail.com

By: /s/ Don A. Brady
      Don A. Brady

      *Subchapter V Trustee*

3

and

WADDELL, COLE & JONES, PLLC
P.O. Box 1700
Jonesboro, AR 72403

By: /s/ Samuel T. Waddell
      Samuel T. Waddell

*Attorney for Mattfield Farms, Inc.*